

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-14-00255-CV

Andres **BUENO**,
Appellant

v.

Melissa **HERNANDEZ**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-03-52114-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On August 29, 2014, this court issued its opinion and judgment. On October 2, 2014, Appellee Melissa Hernandez filed a motion for en banc reconsideration. The Court requests that the Appellant Andres Bueno file a response on or before **October 30, 2014**. *See* TEX. R. APP. P. 49.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court